# Third District Court of Appeal

## State of Florida

Opinion filed August 2, 2023.
Not final until disposition of timely filed motion for rehearing.

---

No. 3D21-2151
Lower Tribunal No. F19-22287

---

**Shann Garcia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

David S. Molansky, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed.